**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**JEAN MAYER**                                                           **PLAINTIFF**

**VS.**                                         **CIVIL ACTION NO. 2:07CV46-SA-SAA**

**FUTURE ELECTRONICS GP CORP., AND
FUTURE ELECTRONICS DISTRIBUTION CENTER, LP**        **DEFENDANTS**

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT**

Pursuant to an opinion issued this day, Defendants' Motion for Summary Judgment [61] is **GRANTED** in part and **DENIED** in part.

So **ORDERED**, this the 15th day of October, 2008.

                                                                          **/s/ Sharion Aycock_____
                                                                          U.S. DISTRICT COURT JUDGE**