IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

JEAN MAYER                                                                                                  PLAINTIFF

VS.                                                                                          CASE NO. 2:07CV46-SA-A

FUTURE ELECTRONICS GP CORP and
FUTURE ELECTRONICS DISTRIBUTION CENTER, LP                               DEFENDANT

## ORDER DISMISSING ACTION
## BY REASON OF SETTLEMENT

The court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

**IT IS HEREBY ORDERED** that this action be dismissed without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This the 4th day of November, 2008.

/S/ Sharion Aycock
U. S. DISTRICT COURT JUDGE