IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

JEAN MAYER

VS.                                                        CASE NO. 2:07CV46-SA-A

FUTURE ELECTRONICS GP CORP and
FUTURE ELECTRONICS DISTRIBUTION CENTER, LP

## ORDER TAXING JURY COSTS

This cause was scheduled for voir dire and jury trial on Monday, November 3, 2008, at which time a jury panel of twenty-two (21) persons appeared for voir dire. Attorneys for plaintiff and defendants advised that this cause was settled by the parties on November 4, 2008, day two of the trial. The parties advised the court that the settlement agreement provided that all costs, including jury costs, would be assessed to the defendants. Therefore, pursuant to Local Rule 54.1 of this court, and pursuant to the settlement agreement between the parties,

IT IS ORDERED:

That the defendants are assessed the sum of $2,603.78, for two days of jury service, plus all other court costs assessed in this cause.

This 5th day of November, 2008.

/s/ Sharion Aycock
U.S. DISTRICT COURT JUDGE